# United States District Court
## For The Western District of North Carolina
## Statesville Division

Maurice E. Bethea ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                           5:09-cv-6
                                           5:05-cr-207-1

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2012 Order.

Signed: March 9, 2012

Frank G. Johns, Clerk
United States District Court